THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEN GRIGGS, an Individual,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., d/b/a CHARTIS; and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURG, PA,<br><br>　　Defendants. | Case No.2:14-cv-00086 JLR<br><br>**STIPULATION TO EXTEND CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR AUGUST 15, 2014 |

　　Come now the Plaintiff Allen Griggs and Defendants National Union Fire Insurance Co. of Pittsburg, Pa., and American International Group, Inc., by and through their respective counsel, and stipulate that the Court may enter an Order extending the deadline to Join Additional Parties from August 15, 2014 to October 15, 2014. The parties are currently engaged in discovery that may influence parties' decision as to joinder or substitution of parties. It is expected that such discovery will be completed by October 15, 2014.

　　Respectfully submitted this 14th day of August, 2014.

By: *s/ James A. Hertz*
James A. Hertz, WSBA No. 35222
FRIEDMAN | RUBIN®
1126 Highland Avenue
Bremerton, WA 98337
Telephone: 360.782.4300
Email: jhertz@friedmanrubin.com
*Attorneys for Plaintiff*

By: *s/ Gabriel Baker*
Gabriel Baker, WSBA No. 28473
LANE POWELL, PC
1420 Fifth Avenue, Suite 4200
PO Box 91302,
Seattle, WA 98111-9402
Telephone: 206.223.7000
Email: bakerg@lanepowell.com
*Attorneys for Defendants*

JOINT MOTION TO EXTEND CASE DEADLINE
Page 1

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

1     It is so ordered.

2     DONE IN OPEN COURT this _____day of _____, 2014.

    _____
    UNITED STATES DISTRICT JUDGE
    JAMES L. ROBART

Presented by:
FRIEDMAN | RUBIN®

By: /s/ James A. Hertz
James A. Hertz, WSBA No. 35222
jhertz@friedmanrubin.com
1126 Highland Avenue
Bremerton, WA 98337
(360) 782-4300
Attorneys for Allen Griggs

JOINT MOTION TO EXTEND CASE DEADLINE
Page 2

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

CERTIFICATE OF SERVICE

I hereby certify that on 14th day of August 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James B. Stoetzer
Gabriel Baker
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402

stoetzerj@lanepowell.com
bakerg@lanepowell.com

By: <u>*/s/ Dana C. Watkins*</u>
Paralegal, Friedman | Rubin

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300