THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEN GRIGGS, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN INTERNATIONAL GROUP, INC., d/b/a CHARTIS; and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURG, PA, <br><br> Defendants. | Case No.2:14-cv-00086 JLR <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION AND ORDER OF DISMISSAL

The parties, by and through their counsel of record, hereby stipulate to a dismissal of all claims with prejudice, with each party to bear its own costs.

Respectfully submitted this 14th day of August, 2014.

By: *s/ James A. Hertz*
James A. Hertz, WSBA No. 35222
FRIEDMAN | RUBIN®
1126 Highland Avenue
Bremerton, WA 98337
Telephone: 360.782.4300
Email: jhertz@friedmanrubin.com
*Attorneys for Plaintiff*

By: *s/ Gabriel Baker*
Gabriel Baker, WSBA No. 28473
LANE POWELL, PC
1420 Fifth Avenue, Suite 4200
PO Box 91302,
Seattle, WA 98111-9402
Telephone: 206.223.7000
Email: bakerg@lanepowell.com
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL
Page 1

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

1  It is so ordered.

2  DONE IN OPEN COURT this _____ day of October, 2014.

3

4  _____
   UNITED STATES DISTRICT JUDGE
5  JAMES L. ROBART

6

7  Presented by:
   FRIEDMAN | RUBIN®
8

9  By: /s/ James A. Hertz
   James A. Hertz, WSBA No. 35222
10 jhertz@friedmanrubin.com
   1126 Highland Avenue
11 Bremerton, WA 98337
   (360) 782-4300
12 Attorneys for Allen Griggs

STIPULATION AND ORDER OF DISMISSAL
Page 2

FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of October 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James B. Stoetzer
> Gabriel Baker
> Lane Powell PC
> 1420 Fifth Avenue, Suite 4200
> Seattle, WA   98111-9402
>
> stoetzerj@lanepowell.com
> bakerg@lanepowell.com

By:   /s/ Dana C. Watkins
      Paralegal, Friedman | Rubin

STIPULATION AND ORDER OF DISMISSAL
Page 3

**FRIEDMAN | RUBIN**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300